AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

for the _____ DISTRICT OF __Massachusetts__

Charles Raso, Trustee of the Massachusetts
Bricklayers and Mason Health and Welfare,
Pension and Annuity Funds

**SUMMONS IN A CIVIL CASE**

V.

Xpress Flooring Contractors, Inc.

CASE NUMBER.

cv 12649

TO: (Name and address of defendant)

Michael J. Taveira, President
Xpress Flooring Contractors, Inc.
24C Norfolk Avenue
Easton, MA 02375

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Catherine M. Campbell, Esquire
Feinberg, Campbell & Zack, P.C.
177 Milk Stret
Boston, MA 02109
(617) 338-1976

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE  2-12-04

AO 440 (Rev. 10/93) Summons in a Civil Action

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

Bristol, ss.
December 30, 2004

I hereby certify and return that on 12/28/2004 at 01:15 pm I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Darlene Borges, agent, person in charge at the time of service for Xpress Flooring Contractors, Inc., 24 C Norfolk Avenue, Easton, MA 02334. Copies ($2.00), Conveyance ($4.50), Travel ($14.40), Basic Service Fee ($30.00), Postage and Handling ($2.75), Attest Fee ($5.00) Total Charges $58.65

Deputy Sheriff Floyd. A. Teague

_____
Deputy Sheriff

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

_____
Signature of Server

_____
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.