UNITED STATES DISTRICT COURT
DISTRICT MASSACHUSETTS

| | |
|---|---|
| CHARLES RASO, TRUSTEE<br>of the MASSACHUSETTS BRICKLAYERS<br>AND MASONS HEALTH AND WELFARE,<br>PENSION AND ANNUITY FUNDS,<br><br>                Plaintiff,<br><br>v.<br><br>XPRESS FLOORING CONTRACTORS, INC.<br>                Defendant | C. A. No. 04cv12649 WGY |

REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the Court send Notice of Default to the Defendant in the above-captioned action. Defendant was served with the complaint and summons on December 28, 2004. As of this date, Defendant has not filed an answer or other responsive pleading to the Complaint.

Dated:  February 8, 2005                     Respectfully submitted,

                                                    /s/ Catherine M. Campbell
                                                   Catherine M. Campbell
                                                   BBO #549397
                                                   FEINBERG, CAMPBELL & ZACK PC
                                                   177 Milk Street
                                                   Boston, MA 02109
                                                   (617) 338-1976

Certificate of Service

I, Catherine M. Campbell, attorney for the plaintiff, hereby certify that on this day I mailed a copy of the within document by first class mail, postage prepaid, to Michael J. Taveira, President, Xpress Flooring Contractors, Inc., 24C Norfolk Avenue, Easton, MA 02375.

                                                         /s/ Catherine M. Campbell
                                                       Catherine M. Campbell