# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Civil Action
No: <u>04-12649-WGY</u>**

### CHARLES RASO
**Plaintiff**

**v.**

### XPRESS FLOORING CONTRACTORS, INC.
**Defendant**

## <u>NOTICE OF DEFAULT</u>

       Upon application of the Plaintiff,  Charles Raso, for an order of Default for failure of the Defendant, Xpress Flooring Contractors, Inc., to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted on March 3, 2005.

**Tony Anastas,
Clerk**

**By:**     **/s/ Marie Bell          
Deputy Clerk**

Notice mailed to counsel of record and defendants.