UNITED STATES DISTRICT COURT
DISTRICT MASSACHUSETTS

|  |  |
|---|---|
| CHARLES RASO, TRUSTEE<br>of the MASSACHUSETTS BRICKLAYERS<br>AND MASONS HEALTH AND WELFARE,<br>PENSION AND ANNUITY FUNDS,<br><br>          Plaintiff,<br><br>v.<br><br>XPRESS FLOORING CONTRACTORS, INC.<br>          Defendant | C. A. No. 04cv12649 WGY |

MOTION TO EXTEND TIME TO FILE MOTION FOR ENTRY OF DEFAULT JUDGMENT

NOW COMES the Plaintiff to request a ninety-day extension of time to July 1, 2005 to file a Motion for Entry of Default Judgment. A Notice of Default was issued by this Court on March 3, 2005. This is an action for collection of delinquent employee benefit contributions pursuant to the Employee Retirement Income Security Act. Defendant has made payments to the Funds and the parties are discussing settlement of the matter. The extension will allow an opportunity to pursue a resolution of the case so that a filing of the Motion may not be necessary.

Dated: April 6, 2005                    Respectfully submitted,

                                               /s/ Catherine M. Campbell
                                               Catherine M. Campbell
                                               BBO #549397
                                               FEINBERG, CAMPBELL & ZACK PC
                                               177 Milk Street
                                               Boston, MA 02109
                                               (617) 338-1976

<u>Certificate of Service</u>

    I, Catherine M. Campbell, attorney for the plaintiff, hereby certify that on this day I mailed a copy of the within document by first class mail, postage prepaid, to Michael J. Taveira, President, Xpress Flooring Contractors, Inc., 24C Norfolk Avenue, Easton, MA 02375.

                                        <u>/s/ Catherine M. Campbell</u>
                                         Catherine M. Campbell