UNITED STATES DISTRICT COURT
DISTRICT MASSACHUSETTS

| | |
|---|---|
| CHARLES RASO, TRUSTEE )<br>of the MASSACHUSETTS BRICKLAYERS )<br>AND MASONS HEALTH AND WELFARE, )<br>PENSION AND ANNUITY FUNDS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>XPRESS FLOORING CONTRACTORS, INC. )<br>Defendant ) | C. A. No. 04cv12649 WGY |

**NOTICE OF DISMISSAL PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41**

Now comes the Plaintiff, Charles Raso, Trustee of the Massachusetts Bricklayers and Masons Health and Welfare, Pension and Annuity Funds, to notify this Court that he wishes to dismiss the above-captioned action without prejudice and with each party to bear its own costs pursuant to F.R.C.P. 41(a)(1)(i) as the Defendant has neither filed an answer nor motion for summary judgment.

Dated: September 16, 2005           Respectfully submitted,

                                                  For the Plaintiff,
                                                  CHARLES RASO, TRUSTEE
                                                  By his Attorney,

                                                  /s/ Catherine M. Campbell
                                                  Catherine M. Campbell
                                                  BBO #549397
                                                  Feinberg, Campbell & Zack, P.C.
                                                  177 Milk Street
                                                  Boston, MA  02109
                                                  (617) 338-1976

Certificate of Service

      I, Catherine M. Campbell, attorney for the plaintiff, hereby certify that on this day I mailed a copy of the within document by first class mail, postage prepaid, to Michael J. Taveira, President, Xpress Flooring Contractors, Inc., 24C Norfolk Avenue, Easton, MA 02375.

                                                                /s/ Catherine M. Campbell
                                                                Catherine M. Campbell